**Cecelia Voegele and Hugo Voegele, appellees, v. John Zerwekh, Jr., appellant. Gen. No. 7,732.**

Action to collect on guaranty of rent. Judgment for plaintiffs. Error to the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 23, 1928. Rehearing denied May 1, 1928.

George J. Jochem, for appellant. Sucher & Moore, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

## THIRD DISTRICT.

---

**Millard F. Dunlap, appellee, v. James M. Myers et al., appellants. Gen. No. 8,124.**

Bill for accounting, reformation of real estate mortgage, and foreclosure. Decree for complainant. Appeal from the Circuit Court of Morgan county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed November 21, 1927.

L. O. Vaught, for appellants. John J. Reeve, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

## FOURTH DISTRICT.

---

**George J. Simon, appellant, v. Fairmount Jockey Club, appellee.**

Assumpsit to recover amount lost on horse race betting. Judgment for defendant. Appeal from the Circuit Court of Madison county; the Hon. Henry G. Miller, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

Bandy & Forth, for appellant. Kramer, Kramer & Campbell, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**Mike Carton, appellee, v. John Wezalis, appellant.**

Action to recover damage to automobile from backing autotruck. Judgment for plaintiff. Appeal from the City Court of West Frankfort; the Hon. J. P. Mooneyham, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 20, 1928.

J. E. Carr, for appellant. No appearance for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.